FILED: February 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 22-1209

───────────

KIRIL ZAHARIEV,

       Plaintiff – Appellant,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

       Defendant – Appellee.

───────────

O R D E R

───────────

The court amends its opinion filed February 3, 2023, as follows:

The final sentence of the opinion is changed to read, "We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk